ORIGINAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 03 2010

Stephan Harris, Clerk
Casper

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL COMPLAINT |
| ENRIQUE OROZCO-VILLEGAS, aka MOSES ALVAREZ | Case No. 10MJ225-F |

I, James Hasskamp, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

Between or about June 9, 2010 and August 10, 2010, in the District of Wyoming, the Defendant, Enrique Orozco-Villegas, aka Moses Alvarez, for the purpose of fraudulently identifying himself and with intent to deceive, did falsely represent that a Social Security account number belonged to him, that is, the Defendant completed a job application with Big West Oilfield Services in Riverton, Wyoming, and opened a checking account at Wells Fargo Bank in Dickinson, North Dakota, using a social security number ending in the last four digits 8658, a number not issued to him by the Commissioner of Social Security, then well knowing that said Social Security number had not been assigned to him by the Commissioner of Social Security,

In violation of 42 U.S.C. § 408(a)(7)(B).

*(Complaint Continued - Attachment A)*

I further state that I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and that this Complaint is based on the following facts:

*(Affidavit Continued)*

Continued on the attached sheet and made a part hereof:   **XX** Yes _____ No

_____
Signature of Complainant
**James Hasskamp**

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| **November 3, 2010** | at | **Casper, Wyoming** |
| Date | | City and State |
| **R. Michael Shickich** | | _____ |
| **United States Magistrate Judge** | | |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

## COMPLAINT - Attachment A
### (Enrique Orozco-Villegas, aka Moses Alvarez)

### COUNT TWO

Between or about June 9, 2010 and August 10, 2010, in the District of Wyoming, the Defendant, Enrique Orozco-Villegas, aka Moses Alvarez, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to false claim of U.S. Citizenship in violation of 18 U.S.C. § 911, Illegal Entry in violation of 8 U.S.C. § 1325, and Illegal Re-entry in violation of 8 U.S.C. § 1326,

In violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT THREE

Between or about June 9, 2010 and August 10, 2010, in the District of Wyoming, the Defendant, Enrique Orozco-Villegas, aka Moses Alvarez, did knowingly possess and use in or affecting interstate, without lawful authority, a means of identification of another person, that is, the name, social security number and date of birth of Moses Alvarez, in connection with an unlawful activity that constitutes a violation of Federal law, that is, false claim of U.S. Citizenship in violation of 18 U.S.C. § 911, Illegal Entry in violation of 8 U.S.C. § 1325, and Illegal Re-entry in violation of 8 U.S.C. § 1326, and as a result of the offense, the Defendant obtained anything of value that aggregated $1,000 or more during any 1-year period.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(1)(D).

AFFIDAVIT IN SUPPORT OF COMPLAINT

1.      Your affiant, James Alan Hasskamp, is a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since March 1, 2003. Prior to this position, your affiant was a Special Agent of the Immigration and Naturalization Service (INS) for approximately five years and was a Border Patrol Agent prior to appointment as an INS special agent. Your affiant is presently assigned to the Casper, Wyoming Resident Agent Office, with primary responsibilities including the investigation of criminal violations of the immigration and customs laws of the United States. Your affiant, based on training and experience in the investigation and enforcement of immigration, customs, and other laws make this affidavit, in part, on personal knowledge derived from my participation in this investigation and, in part, upon information and belief. The sources of my information and belief include:

(A)     Oral and written reports about this investigation that I have received from Special Agent Randy Helderop of Homeland Security Investigations who is stationed in the Resident Agent in Charge Office (RAC), Minot, North Dakota;

(B)     Information derived from numerous database indices;

(C)     Debriefing of witnesses, victim(s), and suspected violators who are involved in this investigation, the results of which have been reported to me either directly or indirectly;

(D)     Debriefing of other agents and officers who have participated in this investigation, including Dickinson, North Dakota Police Department (DPD) Detective Kylan Klauzer;

(E)     Review of written materials gathered in the course of the investigation.

2.      Your affiant has reason to believe that Enrique OROZCO-Villegas, aka Moses Alvarez, an alien who is a citizen of Mexico and has been assigned Alien Registration Number 097 823 915, has been found to have knowingly assumed the legitimate identity of an individual, to include the individual's name, date of birth, and social security number due to my investigation of the following facts:

3.      In May of 2010, Moses Alvarez, a United States Citizen by birth, received notification from the Internal Revenue Service (IRS) that he had underreported his income during the 2008 tax year. The IRS notification included a list of employers and those employers' reported income associated with Alvarez's name and Social Security number. Alvarez had not been employed for the entities identified by the IRS as his employers. Further research also revealed several additional employers had identified Alvarez as an employee during the 2009 tax year and Alvarez had not been employed with these entities.

4.      Thereafter, on August 10, 2010, Alvarez was notified that his joint Wells Fargo checking account had been overdrawn. Alvarez contacted Wells Fargo and learned that the overdraft had occurred after a transfer was initiated from his checking account to a separate account in the amount of $800. Wells Fargo identified that the account transfer had been initiated by an individual in Dickinson, ND. Neither Alvarez nor his wife had initiated the financial transaction. Further inquiries revealed that a checking account had been opened utilizing Alvarez's name, date of birth, and Social Security Number in July of 2010 in Dickinson, ND. The account holder had listed an employer as Big West Oilfield Services in Riverton, WY.

5.      After collecting the necessary information, Alvarez filed a report with the Dickinson, North Dakota Police Department regarding the fraudulent activity. The case was assigned to Dickinson Police Department (DPD) Detective Kylan Klauzer. Detective Klauzer

contacted Big West Oilfield Services and verified that an individual claiming to be Moses Alvarez was employed at the company. Big West Oilfield Services personnel identified that the individual claiming to be Alvarez had utilized Alvarez's name, date of birth, and social security number to obtain employment with their company. The subject claiming to be Alvarez was working on a job site in the North Dakota area.

6. On August 17, 2010, DPD Detective Kylan Klauzer arrested the subject claiming to be Alvarez in Stark County, ND, for violating North Dakota Century Code related to identity theft. The subject admitted that his true identity was that of Enrique OROZCO-Villegas, aka Moses Alvarez, who was born in Mexico on October 29, 1982. OROZCO-Villegas was interviewed by Detective Klauzer and admitted that he was an illegal alien from Mexico that had been previously deported from the United States. OROZCO-Villegas stated that he had purchased Moses Alvarez's personal information from a male subject named "Jerardo" in Wyoming. "Jerardo" allegedly told OROZCO-Villegas that his friend (Alvarez) was not working and that OROZCO-Villegas could use Alvarez's information. OROZCO-Villegas admitted purchasing the identity for $500.00.

7. In early September of 2010, RAC Minot initiated a joint case with the DPD regarding the OROZCO-Villegas investigation. On September 8, 2010, SA Helderop requested additional information from Big West Oilfield Services related to OROZCO-Villegas' employment with their company under the name Moses Alvarez. SA Helderop confirmed that OROZCO-Villegas had utilized Alvarez's date of birth as XX/XX/1982 and Alvarez's Social Security Number (XXX-XX-8658) to obtain employment. Big West Oilfield Services Corporate Secretary, Koleen Deleon, confirmed that OROZCO-Villegas had completed the Form I-9, Employment Eligibility Verification, in Riverton, WY, on or about June 9, 2010, listing Alvarez's

date of birth and social security number. OROZCO-Villegas had also checked a box on the I-9 indicating he was a Citizen or National of the United States.

8. SA Helderop conducted several telephonic interviews with the legitimate Moses Alvarez who resides in Casper, WY. Alvarez stated he is a United States Citizen by birth and has never given anyone permission to utilize his identity. Alvarez stated that he has never worked for Big West Oilfield Services and is currently employed by the Wyoming Contractor's Association in the State of Wyoming.

9. SA Helderop has positively identified OROZCO-Villegas by fingerprints contained within the Alien Registration File 097 823 915 and contained in databases maintained by Immigration and Customs Enforcement.

10. Your affiant has reviewed the Form I-9 and a photocopy of the Texas Driver's License utilized by OROZCO-Villegas to complete the Form I-9, both of which were provided to HSI by Big West Oilfield Services. The personally identifiable data on the Form I-9 and the Texas Driver's License contain the name, date of birth, and in the case of the Form I-9, the social security number of Alvarez, the owner of the legitimate identity.

11. Your affiant has verified that the Texas Driver's License, number 15370168 is an invalid driver's license number and the State of Texas never issued a driver's license to OROZCO-Villegas or to Alvarez with that driver's license number. Your affiant has determined that the Texas Driver's License that was used by Enrique OROZCO-Villegas, aka Moses Alvarez, to obtain employment and to establish a bank account with Wells Fargo in Dickenson, North Dakota.

12. Your affiant has interviewed Moses Alvarez and verified that Alvarez possesses his valid social security card, XXX-XX-8658. Additionally, Alvarez claims to have never provided his personally identifying information to anyone with the understanding that the data would be

4

used to create an identity by another individual.   Alvarez stated that he had never met nor recognized the person identified as Enrique OROZCO-Villegas, aka Moses Alvarez.

13.   Based on the foregoing facts, your affiant believes that violations of Title 18 United States Code, Section 1028(a)(7), Title 18 United States Code 911 and Title 42 United States Code Section 408 have been committed by the defendant, Enrique OROZCO-Villegas, aka Moses Alvarez.

**FURTHER YOUR AFFIANT SAYETH NOT**

James A. Hasskamp, Special Agent
United States Department of Homeland Defense, Immigration and Customs Enforcement

Subscribed to and sworn to before me this ___3___ day of ___Nov___ 2010.

United States Magistrate

5

10MJ225-F

## PENALTY SUMMARY

**DATE:**  November 3, 2010

**DEFENDANT NAME:**  ENRIQUE OROZCO-VILLEGAS, aka MOSES ALVAREZ

**VICTIM:**  No

**OFFENSE AND PENALTIES**

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | **42 U.S.C. § 408(a)(7)(B)**<br>Use of a False Social Security Number |
| PENALTIES: | | 0-5 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT<br>CLASS "D" FELONY |
| OFFENSE: | **Count 2:** | **18 U.S.C. § 1028A(a)(1)**<br>Aggravated Identity Theft |
| PENALTIES: | | 2 YEARS CONSECUTIVE IMPRISONMENT<br>$250,000 FINE<br>1 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT<br>CLASS "E" FELONY |
| OFFENSE: | **Count 3:** | **18 U.S.C. §§ 1028(a)(7) and (b)(1)(D)**<br>Fraud and related activity in connection with identification documents, authentication features and information |
| PENALTIES: | | 0-15 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT<br>CLASS "C" FELONY |
| OFFENSE: | **Count 4:** | **18 U.S.C. § 911**<br>False Claim of U.S. Citizenship |
| PENALTIES: | | 0-3 YEARS IMPRISONMENT<br>$250,000 FINE<br>_ YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT<br>CLASS "E" FELONY |

**PENALTY SUMMARY**
November 3, 2010
Page 2                                  RE:   ENRIQUEOROZCO-
                                              VILLEGAS, aka MOSES ALVAREZ

**TOTALS:**          2-25 YEARS TO LIFE IMPRISONMENT
                     $1,000,000 FINE
                     3 YEARS SUPERVISED RELEASE
                     $400 SPECIAL ASSESSMENT

**AGENT:**   James Hasskamp/ICE        **AUSA:**   Darrell L. Fun

**ESTIMATED TIME OF TRIAL:**           **INTERPRETER NEEDED:**

✔ five days or less                    ___ Yes
___ over five days                     ✔ No
___ other

**THE GOVERNMENT:**

✔ will                                 ___ The court should not grant bond because
                                           the defendant is not bondable because there
___ will not                               are detainers from other jurisdictions

   **SEEK DETENTION IN THIS CASE.**