ORIGINAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| v. | |
| **ENRIQUE OROZCO-VILLEGAS,** aka **MOSES ALVAREZ** | CASE NUMBER: 10MJ225-F |

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ENRIQUE OROZCO-VILLEGAS, aka MOSES ALVAREZ** and bring him forthwith to the nearest magistrate to answer a **COMPLAINT** charging him with:

Count 1: Use of a False Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B).

Count 2: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

Count 3: Fraud and related activity in connection with identification documents, authentication features and information, in violation of 18 U.S.C. §§ 1028(a)(7) and (b)(1)(D).

Count 4: False Claim of U.S. Citizenship, in violation of 18 U.S.C. § 911.

R. Michael Shickich
Name of Issuing Officer

Signature of Issuing Officer

By Deputy Clerk

Bail fixed at $ **DETAIN**

United States Magistrate Judge
Title of Issuing Officer

November 3, 2010, Casper, Wyoming
Date and Location

by _____

Returned unexecuted, superseding indictment issued 11-19-2010. [signature] - USMS-WY